McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED NASSER, | No. 07-cv-F-217 OWW SMS |
| Plaintiff, | ORDER. |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | Honorable Sandra M. Snyder |
| Defendants. | |

**ORDER**

Pursuant to Defendants' Motion to Remand With Instructions and for the reasons stated therein, as well as Plaintiff's Statement of Non-Opposition Filed on May 2, 2007 (docket entry 14), IT IS HEREBY ORDERED that the matter is remanded to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b), with instructions to adjudicate the application for naturalization within 30 days from the date of service of this Order.

IT IS SO ORDERED.

Dated:   May 8, 2007                         /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE